UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

DAVID ANTHONY RUZZANO,

Petitioner,

v.

CONSTANCE REESE,

Respondent.

Civil No. 01-1571 (DWF/SRN)

ORDER

Petitioner, a federal prisoner, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. He claims that he has not received credit toward his sentence for certain time that he has spent in custody, and that Respondent is therefore intending to keep him in prison beyond his proper release date.

Respondent is directed to make a return in writing within 30 days from the date of this order, certifying the true cause of Petitioner's detention and the proper length of his sentence, and showing cause why the writ should not be granted.

The return shall be filed with the Court and shall include:

1. Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Petitioner's incarceration, in light of the issues raised in the petition;

2. A reasoned memorandum of law and fact fully stating Respondent's legal position on Petitioner's claims, and her recommendation on whether an evidentiary hearing should be conducted in this matter;

3. Certified copies of such of the following as may be relevant to the issues raised by the petition: the Indictment, the plea, the judgment, the trial record, or, if the petitioner

FILED SEP 20 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

pleaded guilty, a transcript of the proceedings at which he pleaded guilty, as well as any other written materials that may be germane to the issues presented in the petition.

Absent compliance with this order within the 30-day time period, the court will entertain a motion to grant the relief prayed for in said petition.

Also before the Court at this time is Petitioner's application for leave to proceed in forma pauperis, ("IFP"). However, Petitioner has paid the full $5.00 filing fee for his petition, and he has not identified any other fees or costs that he expects to incur in this matter. Petitioner's IFP application, (Docket No. 4), is therefore DENIED AS MOOT.

Dated: September 20, 2001

Susan Richard Nelson
SUSAN RICHARD NELSON
United States Magistrate Judge

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500