ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1571 (DWF/SRN)

| | | |
|---|---|---|
| DAVID ANTHONY RUZZANO, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| CONSTANCE REESE, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

The above-entitled matter is before the undersigned United States Magistrate Judge pursuant to Respondent's request for enlargement of time. Based upon that motion, and good cause appearing therefore,

IT IS HEREBY ORDERED that the government's Motion is GRANTED, and that respondent shall be granted until October 29, 2001 to prepare and submit its return to the Petition.

Dated: Oct. 18, 2001.

Susan Richard Nelson

SUSAN RICHARD NELSON
United States Magistrate Judge

FILED OCT 18 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______